# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| LASQUES (VACQUES) PRUDHOMME | * | CIVIL ACTION NO. 17-1344 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| SHERIFF JAY RUSSELL IN HIS OFFICIAL CAPACITY, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendant's Motion to Dismiss [Doc. No. 6] is **GRANTED**, and Plaintiff's claims against the Ouachita Parish Policy Jury only are **DISMISSED WITHOUT PREJUDICE**. If Plaintiff wishes to amend his Complaint to state a claim against Ouachita Parish Police Jury, he must file the appropriate motion, based on additional facts, and attach the proposed amended complaint.

MONROE, LOUISIANA, this 7th day of May, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE