# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **LASQUES (VACQUES) PRUDHOMME** | **CIVIL ACTION NO. 17-1344** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF JAY RUSSELL IN HIS OFFICIAL CAPACITY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**--Consolidated with—**

| | |
|---|---|
| **LESLIE REED AND OTIS MCGINNIS** | **CIVIL ACTION NO. 17-1382** |
| **VERSUS** | |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, for the reasons stated in the Report and Recommendation, and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED** that the instant cases, Civil Action Nos. 17-1344 and 17-1382, are hereby **UNCONSOLIDATED**.

**IT IS FURTHER ORDERED** that Plaintiff Jacques (Vacques) Prudhomme's ("Prudhomme") Motion for Sanctions, and associated request for fees [Doc. No 80] is **DENIED**.

**IT IS FURTHER ORDERED** that Prudhomme's Motion Regarding Paternity/Filiation [Doc. No. 58] is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Prudhomme's federal and state law claims against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE,** thereby closing Civil Action No. 17-1344.

MONROE, LOUISIANA, this 2nd day of January, 2019.

_____
Terry A. Doughty
United States District Judge